No. 421, Misc.   MACK v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 270.   PARKER v. ILLINOIS, 333 U. S. 571.   Rehearing denied.

No. 384.   COMMISSIONER OF INTERNAL REVENUE v. SOUTH TEXAS LUMBER CO., 333 U. S. 496.   Rehearing denied.

No. 579.   GARLAND v. UNITED STATES, 333 U. S. 861. Rehearing denied.

MAY 10, 1948.

No. 153.   TRUSTEES OF THE MONROE AVENUE CHURCH OF CHRIST ET AL. v. PERKINS ET AL.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.   *Shelley* v. *Kraemer* and *McGhee* v. *Sipes,* 334 U. S. 1.   MR. JUSTICE REED, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case.   *Leon A. Ransom* and *Austin L. Fickling* for petitioners.

No. 429.   AMER v. SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES; and

No. 430.   KIM v. SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES.

*Per Curiam:* The petition for writs of certiorari is granted. In each case the order denying a petition for writ of prohibition is vacated and the case is remanded to the Su-